22201

SUBURBAN GAS OF SUMMERVILLE, INC., Appellant, v. The TOWN OF
SUMMERVILLE, Respondent.

(324 S. E. (2d) 316)

Supreme Court

*H. C. Prettyman, Jr.* and *James H. Abrams, Jr., Prettyman,
Cordray & Abrams,* Summerville, *for appellant.*

*Walter M. Bailey, Jr.,* Summerville, *for respondent.*

Heard Nov. 13, 1984.

Decided Dec. 14, 1984.

NESS, Justice:

Appellant Suburban Gas appeals from a declaratory judg-
ment ruling the operation of its customer activated fuel
pumps without the presence of an attendant is in violation of
respondent Town of Summerville's Fire Code. We disagree
and reverse.

Suburban is an Exxon jobber, who sells fuel only to com-
mercial users. Its gasoline and diesel fuel pumps could be
activated by Suburban's customers by the insertion of a spe-
cial credit card at any time.

The Town cited Suburban for a violation of its Fire Code
which requires service stations open to the public to have a

qualified attendant on duty to supervise the dispensing of flammable liquids into fuel tanks or containers.

The issue was referred to a special referee who held Suburban's operation was not a service station open to the public requiring the presence of an attendant under the Code. The circuit court reversed, ruling Suburban was subject to the Code provision.

According to *Townes Associates, Ltd. v. The City of Greenville*, 266 S. C. 81, 221 S. E. (2d) 773 (1976), we may make findings of fact in accordance with our own view of the preponderance of the evidence.

Appellant contends the trial court erred in concluding its operation was a service station open to the public. We agree.

A service station is defined in the Fire Code as "a place of *retail* business at which refueling is carried on by using fixed dispensing equipment connected to *underground storage* tanks ... *and* at which *goods and services* are generally required in the operation and maintenance of motor equipment." (Emphasis added.)

Suburban sells its product for less than retail price. Its storage tanks are above ground, and no goods or services are for sale, only fuel.

Additionally, the Code specifically excepts service stations not open to the public from the requirement of an attendant's presence. Suburban is open only to volume purchasers of fuel who are in business, industry or government. It refuses applications from individuals.

We hold Suburban is not a service station as defined under the Fire Code and further that its operation is not open to the public so as to require an attendant.

Reversed.

LITTLEJOHN, C. J., GREGORY and HARWELL, JJ., and CURTIS G. SHAW, as Acting Associate Justice, concur.